CARL BELLENG, Respondent, *v.* THE NEW YORK AND CUBA MAIL STEAMSHIP CO., Appellant.

APPEAL by the defendant from a judgment rendered in the Municipal Court of the city of New York, second district, borough of Manhattan.

Edward P. Mowton, for appellant.

Edward B. La Fetra, for respondent.

*Per Curiam.* We find nothing in the depositions added to the original record to affect the conclusion arrived at when this case was before us on a previous appeal (28 Misc. Rep. 238). For the reasons there expressed this judgment must again be reversed.

Present: FREEDMAN, P. J.; MACLEAN and LEVENTRITT, JJ.

Judgment reversed and new trial ordered, with costs to appellant to abide event.